IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CIVIL)

| | |
|---|---|
| STEPHEN WHISENHUNT<br>5276 Greenbridge Road<br>Dayton, MD 21036<br><br>      Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY<br>Lilly Corporate Center<br>Indianapolis, IN 46285<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  Civ. Act. No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT ELI LILLY AND COMPANY**

      Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia and Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant Eli Lilly and Company, undersigned, hereby certifies that to the best of its knowledge and belief, Eli Lilly and Company does not have a parent company and that none of its subsidiary or affiliate corporations has any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: February 27, 2007

Respectfully submitted,

_____
Charles H. Carpenter (*DC Bar No.* 432004)
George A. Lehner (*DC Bar No.* 281949)

PEPPER HAMILTON LLP
Hamilton Square
600 Fourteenth Street, N.W.

OF COUNSEL:
Nina M. Gussack
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799

Telephone: 215-981-4000
Fax: 215-981-4750
E-mail: gussackn@pepperlaw.com

Edward J. Heffernan
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Telephone: 215-981-4973
Fax: 215-981-4750
E-mail: hefferne@pepperlaw.com

Washington, D.C. 20005-2004
Telephone: 202-220-1200
Facsimile: 202-220-1665
E-mail: carpentc@pepperlaw.com
         lehnerg@pepperlaw.com

*Attorneys for Defendant*
*Eli Lilly and Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by first class mail this 27th day of February, 2007 upon:

Aaron M. Levine, Esq.
Brandon J. Levine, Esq.
Renee L. Robinson-Meyer, Esq.
Steven J. Lewis, Esq.
AARON M. LEVINE & ASSOCIATES
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036

_____
Charles H. Carpenter