| | | |
|---|---|---|
| Greg Hughes/DCD/DC/USCOURTS<br><br>04/23/2007 08:22 AM | To | Katherine Snuffer/DCD/DC/USCOURTS@USCOURTS |
| | cc | |
| | bcc | |
| | Subject | Fw: IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION |

FYI

----- Forwarded by Greg Hughes/DCD/DC/USCOURTS on 04/23/2007 08:21 AM -----



| | | |
|---|---|---|
| August Marziliano/NYED/02/USCOURTS<br><br>04/20/2007 04:36 PM | To | ALMDml_Civil Docclerks, Greg Hughes/DCD/DC/USCOURTS@USCOURTS, Mona Zingrich/ILSD/07/USCOURTS@USCOURTS, Deborah_Weiss@ilsd.uscourts.gov, MDL_Inbox@insd.uscourts.gov, Mary Kaye Conery/MND/08/USCOURTS@USCOURTS, Lou Jean Gleason/MND/08/USCOURTS@USCOURTS, Mickie Shanklin/NJD/03/USCOURTS@USCOURTS, Charlie Sanders/NJD/03/USCOURTS@USCOURTS, Lourdes Aquino/NYSD/02/USCOURTS@USCOURTS, Antonia Espinell/NYSD/02/USCOURTS@USCOURTS, Jenny Horne/NYSD/02/USCOURTS@USCOURTS, Robbie Westmoreland/TXSD/05/USCOURTS@USCOURTS, Kathleen Murphy/TXSD/05/USCOURTS@USCOURTS, Jean Marie McCarthy/NYWD/02/USCOURTS@USCOURTS |
| | cc | PANELMDL/DCA/JPML/USCOURTS@USCOURTS |
| | Subject | Fw: IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION |

PLEASE FORWARD THIS E-MAIL TO THE APPROPRIATE DEPUTY CLERK. ALSO, IF YOU WOULD LIKE ME TO SEND FUTURE E-MAILS TO SOMEONE ELSE, PLEASE NOTIFY ME ACCORDINGLY.

PLEASE DISREGARD THIS E-MAIL IF YOU HAVE ALREADY BEEN NOTIFIED AS TO THIS TRANSFER ORDER.

In accordance with the following **Conditional Transfer Order 82**, filed on 03-29-2007, the Eastern District of New York has opened the following case(s).

I have attached a copy of the Schedule which note your docket number(s), Case caption(s) and corresponding EDNY number(s).

I have also attached A Certified Copy of **Conditional Transfer Order 82, filed on 03-29-2007**. You may now close your case(s). We will capture a copy of the docket sheet and any necessary documents from your ECF system. You do not have to send us any documentation.

Please acknowledge receipt of this transfer.

 

cto-82.pdf   CTO 82 EDNY NUMBERS.pdf



August **Marziliano**, Administrative Specialist / Budget Analyst
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Voice: 718-613-2332; Fax: 718-613-2333
E-mail: August_Marziliano@nyed.uscourts.gov